UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
KULWINDER SINGH and BIKRAMIJT SINGH,
on behalf of themselves and others similarly
situated,

                        Plaintiff,
     -against-                                23 **CIVIL** 5379 (PMH)

## **JUDGMENT**

MEADOW HILL MOBILE INC., MH MOBIL 300
INC., ABUJABER HAZIM, and AHMED
GHADEER,

                        Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 13, 2025, Defendants' motion to dismiss as to Abujaber Hazim, Ahmed Ghadeer, and Meadow Hill Mobil, Inc., is GRANTED on the letter motion and Defendants' motion to dismiss as to MH Mobil 300 Inc., is GRANTED on the instant motion; accordingly, the case is closed.

**Dated:** New York, New York
        January 14, 2025

                                              **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                         **BY:**
                                                  **Deputy Clerk**